### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEVIN JOHNSON,**

     **Petitioner,**

**v.**

**ANITA BAZILE,**

     **Respondent.**                       **No. 12-cv-190-DRH**

### JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter is before the Court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

     **IT IS ORDERED AND ADJUDGED** that pursuant to the Order (Doc. 35) entered on March 31, 2014 and the Memorandum and Order (Doc. 37) entered on April 8, 2014, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this matter is **DISMISSED with prejudice**.

                                **NANCY J. ROSENSTENGEL,**
                                **CLERK OF COURT**

                                **BY:**   *s/Sara Jennings*
                                     **Deputy Clerk**

**DATED:** April 8, 2014

David R. Herndon
2014.04.08
12:30:03 -05'00'

**APPROVED:**
     **CHIEF JUDGE**
     **U. S. DISTRICT COURT**